DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ERNEST SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2790

————————————————

July 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.